UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIAMOND BOLTON and ) <br> KYRIE TURNER, as surviving ) <br> Children of JOHNNY BOLTON, ) <br> ) <br> Plaintiffs. ) <br> ) <br> v. ) <br> ) <br> SAMUEL BROCK DANIEL, ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE NO. <br><br> 1:21-CV-04052-SEG |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant SAMUEL BROCK DANIEL in the above-styled action, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, files this Motion for Summary Judgment as to all claims set forth in Plaintiffs' Complaint. In support of this Motion, Defendant relies upon his Answer and Defenses, all filings in this case and upon the following evidence filed in this matter.

1. Declaration of Samuel Brock Daniel with recording from incident (electronic recording to be filed manually);

2. Exhibit analyzing distance from Bolton to Ruger 9 mm handgun;

3. ATF trace regarding Ruger 9 mm handgun;

4. Transcript of Grand Jury Testimony (September 9, 2021);

5. Recording of Gregory Scott GBI interview and unofficial transcript;

6. Recording of Shanda McMurrain GBI interview and unofficial transcript;

Transcripts from the depositions of the following witnesses, with all associated exhibits:

7. Defendant Brock Daniel.

8. Anthony Mosby, Sr.

9. Anthony Poss

10. Antonio Ragland

11. Daniella Stuart

12. David Berger

13. Jason Pearson

14. Jeremiah Lignitz

15. John Beasley

16. John Gloster

17. Joseph Sterner

18. Shanda Ledet-Mcmurrain

19. Marcus White

20. Matthew Larson

21. Richard Hargreaves

22. Gregory Scott

23. Shaun Gorski

24. Dr. Stacey Desamours MD

25. Dr. Kris Sperry MD

26. Dr. Jamie Downs, MD

27. Expert Report of Dr. Downs (Doc. 29-1)

WHEREFORE, for the reasons set forth in the accompanying Brief, including qualified immunity and official immunity, Defendant requests the Court to grant summary judgment in his favor.

WILLIAMS & WAYMIRE, LLC

/s/ *Jason Waymire*
JASON C. WAYMIRE
Georgia Bar No. 742602
Attorney for Defendant

Building 400, Suite A
4330 South Lee Street, NE
Buford, Georgia 30518
(678) 541-0790
(678) 541-0789
jason@wmwlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **MOTION, EXHIBITS, STATEMENT OF MATERIAL FACTS** and **BRIEF IN SUPPORT** to all counsel through the Court's CM/ECF system, except electronic materials, which are provided to Plaintiffs' counsel elecronically.

This November 17, 2023.

/s/ *Jason Waymire*
JASON WAYMIRE
Georgia Bar No. 742602